# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CHICO'S FAS, INC., et al, <br><br> Defendants. | Case No.: CV 25-356-GW-MARx <br> *Hon. George H. Wu Presiding* <br><br> **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**ORDER:**

The Court, having reviewed the parties Stipulation to Dismiss Action with Prejudice, and for good cause shown, hereby ORDERS as follows:

1. The entire action is hereby dismissed in its entirety with prejudice; and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: August 26, 2025        By: _____
                                HON. GEORGE H. WU,
                                United States District Judge